
FILED
6/15/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Sushma Raju (312) 353-5329

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAVEN CATES, III | Case No.: 23 CR 362<br><br>JEFFREY T. GILBERT<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, STEVEN P. PONIATOWSKI, appearing by telephone before United States Magistrate Judge JEFFREY T. GILBERT and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that HAVEN CATES, III has been charged by Indictment in the Southern District of Florida with the following criminal offenses: traveling for sex with a minor, in violation of Title 18, United States Code, Section 2423(b); transportation of child pornography, in violation of Title 18, United States Code, Section 2252(a)(1); and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A copy of the Indictment is attached as an under-seal exhibit.[1] A copy of the arrest warrant also is attached.

STEVEN P. PONIATOWSKI
Special Agent
Homeland Security
Investigations

SUBSCRIBED AND SWORN to before me by telephone this 15th day of June, 2023.

JEFFREY T. GILBERT
United States Magistrate Judge

---

[1] The indictment remains under seal in the Southern District of Florida.