UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Haven Cates, III | No. 23 CR 362<br>Magistrate Judge Jeffrey T. Gilbert |

ORDER

Detention hearing held on 6/20/23. The Government orally renewed its motion for removal in custody based on danger to community and risk of flight. For the reasons stated on the record, the Government's oral motion for removal in custody is denied. Enter Order Setting Conditions of Release. The Court read each of the conditions of release to Defendant and he stated that he understood them and would comply. Mr. Haven Cates Jr. is appointed as third-party custodian. The Defendant signed a bond in open court in the amount of $10,000, unsecured. Mr. Haven Cates Jr. was admonished by the Court with respect to the bond conditions and he stated he understood them as well. At the request of the United States, however, and over Defendant's objection, the Court's ruling is stayed until 3:00 p.m. on 6/21/23 to allow the Government time to consider whether to appeal the Court's decision to the charging district. If no appeal is filed by 3:00 p.m. on 6/21/23, the Court will order Defendant released on the terms and conditions discussed on the record on 6/20/23 and memorialized in the documents signed at that time. As provided by 18 U.S.C. 3142(f)(2), during the period covered by the stay, Mr. Cates shall continue to be remanded to the custody of the U.S. Marshal and shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody.
T: 02:00

Date: 6/20/23

Jeffrey T. Gilbert
United States Magistrate Judge