UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 23 CR 362 |
|---|---|
| v. | Magistrate Judge Jeffrey T. Gilbert |
| Haven Cates, III | |

ORDER

The United States has informed the Court's courtroom deputy that it does not intend to appeal the Court's Order Setting Conditions of Release dated 6/20/23. Accordingly, Defendant Cates shall be released pursuant to the terms of that Order after processing forthwith. Order Defendant removed to the Southern District of Florida.

Date: 6/21/23

Jeffrey T. Gilbert
United States Magistrate Judge